

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Nalco Company,

         Plaintiff

v.

Enviro Tech Chemical Services, Inc.

        Defendant.

Case Number: KC **FILED**

**NOV 0 6 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nalco Company

## 07CV6293
## JUDGE HART
## MAGISTRATE JUDGE COX

| | |
|---|---|
| NAME (Type or print)<br>Alan L. Unikel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Alan L. Unikel* | |
| FIRM<br>Seyfarth Shaw LLP | |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2877627 | TELEPHONE  NUMBER<br>312-460-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐