IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NALCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRO TECH CHEMICAL SERVICES, INC. a California corporation,<br><br>Defendant. | 07CV6293<br>JUDGE HART<br>MAGISTRATE JUDGE COX<br><br>JURY DEMANDED |

## NOTICE OF AFFILIATES

The undersigned, counsel of record for PLAINTIFF, NALCO COMPANY, furnishes the following Notice of Affiliates, in compliance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 of this Court:

1. The full name of every party or amicus the attorney represents in the case.

    **Answer:** NALCO COMPANY

2. If such party or amicus is a corporation:

    a) its parent corporation, if any; and

    **Answer:** NALCO HOLDINGS LLC

    b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

    **Answer:** Nalco Company is owned by Nalco Holdings LLC, which is owned by Nalco Finance Holdings LLC, which is owned by the publicly traded company Nalco Holding Company.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

    **Answer:** Seyfarth Shaw LLP.

CHI 11345713.1

Dated: November 6, 2007

Respectfully submitted,

NALCO COMPANY

By _/s/ Alan L. Unikel_
One of Its Attorneys

Attorneys for Plaintiffs:

Alan L. Unikel
Joseph H. Herron
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 269-8869

2

CH1 11345713.1