IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NALCO COMPANY, a Delaware corporation, | ) ) ) | Case No. |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation, | ) ) ) ) ) | JURY DEMANDED |
| Defendant. | ) ) | |

KC FILED
NOV 0 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6293
JUDGE HART
MAGISTRATE JUDGE COX

### NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

The undersigned, counsel of record for PLAINTIFF, NALCO COMPANY, furnishes the following in compliance with Local Rule 3.4 of this Court:

Names and addresses of parties:

PLAINTIFF:

Nalco Company
1601 West Diehl Road
Naperville, Illinois 60563

DEFENDANT:

Enviro Tech Chemical Services, Inc.
500 Winmore Way
Modesto, California 95358

CH1 11345806.1

Numbers of the patents upon which this action has been brought:

    U.S. Patent No. 5,683,654
    U.S. Patent No. 6,015,782
    U.S. Patent No. 6,037,318
    U.S. Patent No. 6,270,722
    U.S. Patent No. 6,669,904

Dated: November 6, 2007

Respectfully submitted,

NALCO COMPANY

By _/s/ Alan L. Unikel_
One of Its Attorneys

Attorneys for Plaintiffs:

Alan L. Unikel
Joseph H. Herron
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 269-8869

2

CH1 11345806.1