AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET**<br>07cv6293 | **DATE FILED**<br>11/6/2007 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF**<br>Nalco Company | | **DEFENDANT**<br>Enviro Tech Chemical Services, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 5,683,654 | 11/4/1997 | Nalco Chemical Company |
| 6,015,782 | 1/18/2000 | The Procter & Gamble Company |
| 6,037,318 | 3/14/2000 | The Procter & Gamble Company |
| 6,270,722 | 8/7/2001 | Nalco Chemical Company |
| 6,669,904 | 12/30/2003 | Ondeo Nalco Company |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENT |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Michael W. Dobbins | /s/Tiana Davis | 11/8/2007 |
| | | |