AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NALCO COMPANY,

v.

ENVIRO TECH CHEMICAL SERVICES, INC.

07CV6293
JUDGE HART
MAGISTRATE JUDGE COX

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Enviro Tech Chemical Services, Inc.
Michael S. Harvey
500 Winmore Way
Modesto, CA 95358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan L. Unikel
Seyfarth Shaw LLP
131 S. Dearborn, Suite 2400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 06 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  November 19, 2007   10:10 am |
| NAME OF SERVER (PRINT)  Michael T. White | TITLE  CA Private Investigator PI#23878 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Enviro Tech Chemical Services, Inc., C/O Michael Harvey, 500 Winmore Way, Modesto, CA 95358

Case No: 2007C6293

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | Process Service | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 19, 2007    *Michael T. White*
             Date                 Signature of Server

P.O. Box 968, Ripon, CA 95366
*Address of Server*

FILED
NOV 27 2007
NOV 2 7 2007

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT