

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 3 0 2007
Dec 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Nalco Company, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Enviro Tech Chemical Services, Inc., a California corporation,<br><br>Defendant.<br><br>Enviro Tech Chemical Services, Inc., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Nalco Company, a Delaware corporation,<br><br>Counterdefendant. | Case No.: 07CV6293<br><br>Judge Hart<br>Magistrate Cox |

### DEFENDANT ENVIRO TECH CHEMICAL SERVICES, INC.'S NOTICE OF AFFILIATES

Defendant Enviro Tech Chemical Services, Inc. ("defendant" or "Enviro Tech") provides the following Notice of Affiliates, in compliance with Fed. R. Civ. P. 7.1 and Local Rule 3.2.

1. The full name of every party or amicus the attorney represents in the case:

   Enviro Tech Chemical Services, Inc.

2. If such party or amicus is a corporation:

   a) its parent corporation if any:

   None

      b)      a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus:

      None

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

      Weintraub Genshlea Chediak Law Corporation

Dated: December 19, 2007

Respectfully submitted,

*Audrey A. Millemann*
Audrey A. Millemann (California State Bar #124954)
WEINTRAUB GENSHLEA CHEDIAK
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
916/558-6000 (phone)
916/446-1611 (fax)

Attorneys for Defendant and Counterclaimaint
Enviro Tech Chemical Services, Inc.