

Kc **FILED**

DEC 2 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 2 1 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nalco Company, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Enviro Tech Chemical Services, Inc., a<br>California corporation,<br><br>    Defendant. | Case No.: 07CV6293<br><br>Judge Hart<br>Magistrate Cox |
| Enviro Tech Chemical Services, Inc., a<br>California corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>Nalco Company, a Delaware corporation,<br><br>    Counterdefendant. | |

## ENVIRO TECH CHEMICAL SERVICES, INC.'S PROOF OF SERVICE OF ANSWER AND COUNTERLCAIMS AND OTHER DOCUMENTS

*Nalco Company v. Enviro Tech Chemical Services, Inc.*
U.S. District Court, Northern District of Illinois, Case No.: 07CV6293

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 and not a party to, nor interested in, the within action. On this date, I caused to be served the following documents:

(1) DEFENDANT ENVIRO TECH CHEMICAL SERVICES, INC.'S ANSWER TO COMPLAINT; COUNTERLCLAIMS FOR DECLARATORY JUDGMENT; DEMAND FOR JURY TRIAL; (2) DEFENDANT ENVIRO TECH CHEMICAL SERVICES, INC.'S NOTICE OF AFFILIATES; (3) ATTORNEY APPEARANCE FORM; AND (4) APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

   X        United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox at the close of the day's business.

            By personally delivering, or causing to be delivered, a true copy thereof to the persons and the addresses set forth below.

            Via overnight delivery.

            Via facsimile.

Alan L. Unikel
Joseph H. Herron
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2007, at Sacramento, California.

*Alma P. Martinez*
Alma P. Martinez