IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY,<br>a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>ENVIRO TECH CHEMICAL SERVICES, INC.,<br>a California corporation,<br><br>Defendant/Counterclaimant. | Case No. 07 C 6293<br><br>Judge Hart<br>Magistrate Judge Cox<br><br>**JURY DEMANDED** |

## JOINT INITIAL STATUS REPORT

Plaintiff/Counterdefendant Nalco Company ("Nalco") and Defendant/Counterclaimant Enviro Tech Chemical Services, Inc. ("Enviro Tech") submit the following joint initial status report.

**1.  Nature and Scope of the Case**

Nalco has asserted that Enviro Tech infringes one or more claims of Nalco's U.S. Patent Nos.: 5,683,654; 6,015,782; 6,037,318; 6,270,722; and 6,669,904 (collectively "the Patents"). Nalco brought this action seeking injunctive and monetary relief, including, but not limited to lost profits, reasonable royalties, treble damages pursuant to 35 U.S.C. § 284, and reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

Enviro Tech filed an answer denying Nalco's allegations and asserting affirmative defenses. Enviro Tech also filed a counterclaim seeking judgment that the Patents are not

infringed and are invalid. Enviro Tech requests costs and reasonable attorneys' fees in this action.

The principle legal issues include claim construction, to the extent that there is a dispute as to the construction of any claim of the Patents. The parties may ask the court for a Markman hearing. The legal issues may also include issues of invalidity.

The principle factual issues include: (1) whether Enviro Tech infringes the Patents and, if so, whether such infringement was willful; (2) whether any of the Patents are invalid; and (3) determination of any damages or other relief adjudged to be due and owing.

**2.    Need for Discovery**

Both parties believe that discovery is required before any Federal Rule of Civil Procedure 56 dispositive motion can be filed. The parties propose discovery and dispositive motions proceed as follows:

| | |
|---|---|
| Rule 26(a) disclosures | February 6, 2008 |
| Close of fact discovery | August 29, 2008 |
| Close of expert discovery | November 28, 2008 |
| Dispositive motions due | January 16, 2009 |

**4.    Protective Order**

Both parties believe that a protective order is necessary in this action.

**3.    Possibility of Settlement**

The parties have been engaging in settlement discussions in an attempt to resolve this matter without the Court's assistance.

DATED: January 15, 2008

Respectfully submitted,

| NALCO COMPANY | ENVIRO TECH CHEMICAL SERVICES, INC. |
|---|---|
| By: /s/ Alan L. Unikel | By: /s/ Audrey A. Millemann |
| One of Its Attorneys | One of Its Attorneys |
| Alan L. Unikel | Audrey A. Millemann |
| Joseph H. Herron | Weintraub Genshlea Chediak |
| Seyfarth Shaw LLP | 400 Capitol Mall, 11th Floor |
| 131 South Dearborn Street, Suite 2400 | Sacramento, CA 95814 |
| Chicago, IL 60603-5577 | (916) 558-6000 |
| (312) 460-5000 | Fax: (916) 446-1611 |
| Fax: (312) 460-7000 | |
| | By: /s/ Suzanne M. Wallman |
| | One of Its Attorneys |
| | Suzanne M. Wallman |
| | McDermott Will & Emery |
| | 227 West Monroe Street |
| | Chicago, IL 60606-5096 |
| | (312) 372-2000 |
| | Fax: (312) 984-7700 |

## CERTIFICATE OF SERVICE

      I, Joseph H. Herron, an attorney, do hereby certify that I caused a true and correct copy of the foregoing *JOINT INITIAL STATUS REPORT,* to be served to the following, by electronically filing a copy of same on the 15th day of January, 2008, with the United States District Court for the Northern District of Illinois filing system:

Audrey A. Millemann
Weintraub Genshlea Chediak
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

Suzanne M.. Wallman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

                                By: /s/ Joseph H. Herron

CH1 11392404.1-