**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Nalco Company

          Plaintiff,

v.                Case No.: 1:07–cv–06293
                 Honorable William T. Hart

Enviro Tech Chemical Services, Inc.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

  MINUTE entry before Judge William T. Hart :Status hearing held on 1/16/2008. Written discovery is to be completed by 4/30/2008. Current status report is to be filed by 4/14/2008.Status hearing set for 4/16/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.