IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY,<br>a Delaware corporation,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>ENVIRO TECH CHEMICAL SERVICES,<br>INC.,<br>a California corporation,<br><br>      Defendant/Counter-Plaintiff. | Case No. 07 C 6293<br><br>Judge Hart<br>Magistrate Judge Cox<br><br>**JURY DEMANDED** |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Plaintiff/Counter-Defendant, Nalco Company ("Nalco"), and Defendant/Counter-Plaintiff Enviro Tech Chemical Services, Inc. ("Enviro Tech"), by and through their respective attorneys, respectively move this Court for a Protective Order pursuant to Fed. R. Civ. P. 26(c), and jointly state as follows:

    1.    Nalco and Enviro Tech each has business, engineering, financial, proprietary, technical and other information pertaining to the present action that is confidential or trade secret (hereinafter "Confidential Information").

    2.    Nalco and Enviro Tech anticipate that Confidential Information will be disclosed to the requesting party during the course of discovery for the present action.

    3.    The unauthorized or improper use of such Confidential Information will irreparably harm the party making such disclosure.

CH1 11449918.1

4. It is suitable that documents and information disclosed during discovery in this action be protected by an appropriate protective order to maintain the confidentiality or trade secret status of such documents or information.

5. Nalco and Enviro Tech do not believe that any third-party not directly involved in the present action would be unfairly prejudiced by the entry of an appropriate protective order to control the use and disclosure of certain documents and information in this action.

WHEREFORE, Plaintiff/Counter-Defendant, Nalco Company, and Defendant/Counter-Plaintiff Enviro Tech Chemical Services, Inc., respectfully request that this Court enter the Agreed Protective Order, in the form as attached hereto as Exhibit A.

| NALCO COMPANY | ENVIRO TECH CHEMICAL SERVICES, INC. |
|---|---|
| By: s/ Joseph H. Herron | By: s/ Audrey Millemann |
| Alan L. Unikel<br>Joseph H. Herron<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603-5577<br>(312) 460-5000<br>Fax: (312) 460-7000 | Audrey A. Millemann<br>Weintraub Genshlea Chediak<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>(916) 558-6000<br>Fax: (916) 446-1611<br><br>Suzanne M. Wallman<br>McDermott Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>(312) 372-2000<br>Fax: (312) 984-7700 |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008, I electronically filed the foregoing JOINT MOTION FOR STIPULATED PROTECTIVE ORDER, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      Audrey A. Millemann
      Weintraub Genshlea Chediak
      Law Corporation
      400 Capitol Mall, 11th Floor
      Sacramento, CA  95814
      (916) 558-6000 – Main
      (916) 446-1611 – Facsimile

      Ms. Suzanne M. Wallmann
      McDermott, Will & Emery
      277 West Monroe Street
      Chicago, Illinois  60606


                                                                          _s/ Joseph H. Herron_____
                                                                          Joseph H. Herron
                                                                          SEYFARTH SHAW LLP
                                                                          131 South Dearborn Street, Suite 2400
                                                                          Chicago, Illinois  60603
                                                                          Telephone:  (312) 460-5000
                                                                          Facsimile:  (312) 460-7000
                                                                          e-mail:  jherron@seyfarth.com

CH1 11449918.1