IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY,<br>a Delaware corporation,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>ENVIRO TECH CHEMICAL SERVICES, INC.,<br>a California corporation,<br><br>　　　　Defendant/Counter-Plaintiff. | Case No. 07 C 6293<br><br>Judge Hart<br>Magistrate Judge Cox<br><br>**JURY DEMANDED** |

## NOTICE OF MOTION

TO:

Audrey A. Millemann
Weintraub Genshlea Chediak
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Ms. Suzanne M. Wallmann
McDermott, Will & Emery
277 West Monroe Street
Chicago, Illinois 60606

　　PLEASE TAKE NOTICE that on Wednesday, April 9, 2008 at 11:00 a.m., or as soon as counsel may be heard, we shall appear before Judge William T. Hart, or such other judge as may be sitting in his stead, in Courtroom 2243 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the *JOINT MOTION FOR STIPULATED PROTECTIVE ORDER*, copies of which are attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　NALCO COMPANY


　　　　　　　　　　　　　　　　　　By: s/ Joseph H. Herron

　　　　　　　　　　　　　　　　　　Alan L. Unikel
　　　　　　　　　　　　　　　　　　Joseph H. Herron
　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　131 South Dearborn Street, Suite 2400
　　　　　　　　　　　　　　　　　　Chicago, IL 60603-5577
　　　　　　　　　　　　　　　　　　(312) 460-5000
　　　　　　　　　　　　　　　　　　Fax: (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Audrey A. Millemann
> Weintraub Genshlea Chediak
> Law Corporation
> 400 Capitol Mall, 11th Floor
> Sacramento, CA  95814
> (916) 558-6000 – Main
> (916) 446-1611 – Facsimile

> Ms. Suzanne M. Wallmann
> McDermott, Will & Emery
> 277 West Monroe Street
> Chicago, Illinois  60606

>     s/ Joseph H. Herron
> Joseph H. Herron
> SEYFARTH SHAW LLP
> 131 South Dearborn Street, Suite 2400
> Chicago, Illinois  60603
> Telephone:  (312) 460-5000
> Facsimile:  (312) 460-7000
> e-mail:  jherron@seyfarth.com

2

CH2 20214632.1