Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6293 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Nalco Company vs. Enviro Tech Chemical Services, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/18/2008 at 11:00 a.m. Written discovery is to be completed by 6/30/2008. Joint motion for stipulated protective order [22] is granted. Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|