### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY, a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) Case No. 07 C 6293 ) ) Judge Hart |
| ENVIRO TECH CHEMICAL SERVICES, INC., a California corporation, | ) Magistrate Judge Cox ) ) ) |
| Defendant/Counter-Plaintiff. | ) |

## NOTICE OF MOTION

TO:   Alan L. Unikel
      Joseph H. Herron
      SEYFARTH SHAW LLP
      131 South Dearborn Street, Suite 2400
      Chicago, Illinois 60603
      312.460.50000
      Fax: 312.460.7000

     PLEASE TAKE NOTICE that on Wednesday, June 18, 2008, at 11:00 a.m., or as soon as counsel may be heard, we shall appear before Judge William T. Hart, or such other judge as may be sitting in his stead, in Courtroom 2243 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall then and there present the AGREED MOTION TO EXTEND DISCOVERY, a copy of which is attached hereto and served upon you.

                                                    ENVIRO TECH CHEMICAL SERVICES, INC.

                                                    By:   s/ Suzanne M. Wallman

                                                   Audrey A. Millemann
                                                   (California State Bar #124954)
                                                   WEINTRAUB GENSHLEA CHEDIAK
                                                   Law Corporation
                                                   400 Capitol Mall, 11th Floor
                                                   Sacramento, California 95814
                                                   916.558.6000
                                                   Fax: 916.446.1611

- 2 -

Suzanne M. Wallman
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
312.372.2000
Fax: 312.984.7700

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2008, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Alan L. Unikel
>Joseph H. Herron
>SEYFARTH SHAW LLP
>131 South Dearborn Street, Suite 2400
>Chicago, Illinois 60603

>   s/ Suzanne M. Wallman
>Suzanne M. Wallman

CHI99 4993974-1.080112.0012