IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NALCO COMPANY, )<br>a Delaware corporation, )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>ENVIRO TECH CHEMICAL SERVICES, )<br>INC., a California corporation, )<br>)<br>    Defendant/Counter-Plaintiff. ) | Case No. 07 C 6293<br><br>Judge William T. Hart<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

TO: Alan L. Unikel
    Joseph H. Herron
    SEYFARTH SHAW LLP
    131 South Dearborn Street, Suite 2400
    Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Wednesday, August 27, 2008 at 11:00 a.m., or as soon as counsel may be heard, we shall appear before Judge William T. Hart, or such other judge as may be sitting in his stead, in Courtroom 2243 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall then and there present the **JOINT MOTION TO EXTEND DISCOVERY**, a copy of which is attached hereto and served upon you.

    ENVIRO TECH CHEMICAL SERVICES, INC.

    By: ___s/ Suzanne M. Wallman_____

    Audrey A. Millemann
    (California State Bar #124954)
    WEINTRAUB GENSHLEA CHEDIAK
    Law Corporation
    400 Capitol Mall, 11th Floor
    Sacramento, California 95814
    916.558.6000
    Fax: 916.446.1611

- 2 -

    Suzanne M. Wallman
    McDERMOTT WILL & EMERY LLP
    227 West Monroe Street
    Chicago, IL 60606
    312.372.2000
    Fax: 312.984.7700

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Alan L. Unikel
>Joseph H. Herron
>SEYFARTH SHAW LLP
>131 South Dearborn Street, Suite 2400
>Chicago, Illinois 60603

                                               s/ Suzanne M. Wallman
                                               Suzanne M. Wallman

CHI99 4993974-1.080112.0012