**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nalco Company

                                  Plaintiff,

v.                                                             Case No.: 1:07−cv−06293
                                                                     Honorable William T. Hart

Enviro Tech Chemical Services, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held. Joint motion to extend written discovery to 10/30/2008 [31] is granted. Status hearing reset to 11/19/2008 at 11:00 a.m. for presentation of a discovery plan.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.